**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SPENCER PIERCE,

        Plaintiff,                            3:10-CV-0239-ECR (VPC)

vs.                                          **MINUTES OF THE COURT**

HOWARD SKOLNIK, *et al.*,           Date:  November 30, 2011

        Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     Defendants' motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (#59) is **GRANTED**.  The exhibits (#60) are filed and shall remain under seal.  The Court previously set forth instructions for plaintiff's review of his medical records and sealed exhibits in order #73.

     **IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                            By:      /s/
                                   Deputy Clerk