1

2

3

4            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
5

6  SPENCER PIERCE,                          )          3:10-CV-0239-ECR (VPC)
                                            )
7          Plaintiff,                        )
                                            )          **REPORT AND RECOMMENDATION**
8     vs.                                    )          **OF U.S. MAGISTRATE JUDGE**
                                            )
9  HOWARD SKOLNIK, et al.,                  )
                                            )
10         Defendants.                       )
   _____ )
11

12         This Report and Recommendation is made to the Honorable Edward C. Reed, Jr., United States

13  District Judge.  The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §

14  636(b)(1)(B) and LR IB 1-4.  Before the court is defendants' motion for summary judgment (#58).[1]

15  Plaintiff opposed the motion (#74), and a reply has not been filed.  The court has thoroughly reviewed

16  the record and recommends that defendants' motion for summary judgment (#58) be denied.

17         Summary judgment is appropriate when, viewing the facts in the light most favorable to the non-

18  moving party, there is no genuine issue of material fact which would preclude summary judgment as a

19  matter of law.  Once the moving party has satisfied its burden, it is entitled to summary judgment if the

20  non-moving party fails to present, by affidavits, depositions, answers to interrogatories, or admissions

21  on file, "specific facts showing that there is no genuine issue for trial." *Celotex Corp. v. Catrett*, 477

22  U.S. 317, 324 (1986); Fed. R. Civ. P. 56(c).

23         The Court in *Orr v. Bank of America* pointed out that:

24             A trial court can only consider admissible evidence in ruling on a motion
               for summary judgment. *See* Fed. R. Civ. P. 56(e); *Beyene v. Coleman*
25             *Sec. Servs., Inc.,* 854 F.2d 1179, 1181 (9th Cir. 1988).  Authentication is
               a "condition precedent" to admissibility, and this condition is satisfied by
26             "evidence sufficient to support a finding that the matter in question is
               what its proponent claims." Fed. R. Evid. P. 901(a).  We have repeatedly
27             held that unauthenticated documents cannot be considered in a motion for

28  _____
           [1]A corrected image of the motion was filed at docket #71.

1   summary judgment. *See Cristobol v. Siegel*, 26 F.3d 1488, 1494 (9th Cir.
    1994); *Hal Roach Studios, Inc. v. Richard Feiner & Co. Inc.,* 896 F.2d
2   1542, 1550-51 (9th Cir. 1987); *Beyene*, 854 F.2d at 1182; *Canada v.
    Blain's Helicopters, Inc.,* 831 F.2d 920, 925 (9th Cir. 1987); *Hamilton v.
3   Keystone Tankship Corp.,* 539 F.2d 684, 686 (9th Cir. 1976).

4   *Orr v. Bank of America, NT & SA*, 285 F.3d 764 (9th Cir. 2002).

5   Here, defendants submitted an extensive list of exhibits along with their motion. These exhibits

6   contain evidence such as progress notes, physicians' orders, medication sheets, and medical kites which

7   are referred to by the defendants throughout their motion. To date, the court has not received

8   authentication of any document attached to the motion. Moreover, the defendants refer to the declaration

9   of Karen Walsh which is also not attached to their motion.

10   Therefore, it is recommended that the defendants' motion for summary judgment be denied for

11   failure to submit admissible evidence.

12   The parties are advised:

13   1.   Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the

14   parties may file specific written objections to this Report and Recommendation within fourteen days of

15   receipt. These objections should be entitled "Objections to Magistrate Judge's Report and

16   Recommendation" and should be accompanied by points and authorities for consideration by the District

17   Court.

18   2.   This Report and Recommendation is not an appealable order and any notice of appeal

19   pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

20   **RECOMMENDATION**

21   **IT IS THEREFORE RECOMMENDED** that defendants' summary judgment motion (#58)

22   be **DENIED.**

23   **IT IS SO ORDERED.**

24   DATED:   November 30, 2011.

25

26   _____
     UNITED STATES MAGISTRATE JUDGE
27

28                              2